**Fill in this information to identify the case:**

Debtor name  **Dragonfly Development Inc**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **3-24-10488**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/19/2024

X _____
Signature of individual signing on behalf of debtor

**Beau Simensen**
Printed name

President
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name   **Dragonfly Development Inc**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)   **3-24-10488**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................................    $      0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..................................................................................    $      15.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................................    $      15.00

### Part 2:  Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      351,435.61

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $      351,435.61

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Dragonfly Development Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **3-24-10488**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Checking** | **9381** | $0.00 |
| 3.2. | **US Bank** | **WHRC Escrow Checking** | **0699** | $10.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    $10.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **Dragonfly Development Inc**                                Case number *(If known)*  **3-24-10488**
          Name

11a. 90 days old or less:         **5.00**        -        **0.00**  = ....                    **$5.00**
                              face amount              doubtful or uncollectible accounts

---

12.      **Total of Part 3.**                                                         **$5.00**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.      **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Dragonfly Development Inc**                                    Case number *(If known)* **3-24-10488**
_____
Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| | **Domain names.** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| | **Open source software hosted under Dragonfly Development Inc's license with GitHub account.** | $0.00 | $0.00 |

65. **Goodwill**

66. **Total of Part 10.**                                                 | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

<span style="background:black;color:white">Part 11:</span>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

| Debtor | **Dragonfly Development Inc** | Case number *(If known)* **3-24-10488** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15.00 |

**Fill in this information to identify the case:**

Debtor name **Dragonfly Development Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3-24-10488**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Dragonfly Development Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3-24-10488**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,783.00** |
|---|---|---|---|
| | **US Bank Cardmember Service**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-9801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0742** | Basis for the claim:  **Business credit card.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.00** |
|---|---|---|---|
| | **US Bank Cardmember Service**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-9801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Business credit card.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **US Bank Cardmember Service**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-9801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9963** | Basis for the claim:  **Business credit card.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$514.61** |
|---|---|---|---|
| | **US Bank Cardmember Service**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166-9801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2587** | Basis for the claim:  **Business credit card.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Dragonfly Development Inc** | Case number *(if known)* | **3-24-10488** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341,000.00** |
|---|---|---|---|

**Washington Homeownership Resource Center**
**5101 14th Avenue NW**
**Suite 315**
**Seattle, WA 98107**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Breach of contract claim of WHRC - Litigation pending in Western District of Washington Case No. 24-CV-226**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christian L. Hawthorne**<br>**Perkins Coie LLP**<br>**3150 Porter Drive**<br>**Palo Alto, CA 94304-1212** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David A. Perez**<br>**Perkins Coie LLP**<br>**1201 Third Avenue**<br>**Suite 4900**<br>**Seattle, WA 98101-3099** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jacob Dean**<br>**Perkins Coie LLP**<br>**1888 Century Park East**<br>**Suite 1700**<br>**Los Angeles, CA 90067-1721** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Julia Martin**<br>**Perkins Coie LLP**<br>**1888 Century Park East**<br>**Suite 1700**<br>**Los Angeles, CA 90067-1721** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Will M. Conley**<br>**Perkins Coie LLP**<br>**33 E Main St.**<br>**Suite 201**<br>**Madison, WI 53703-3095** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 351,435.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 351,435.61 |

**Fill in this information to identify the case:**

Debtor name   **Dragonfly Development Inc**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)   **3-24-10488**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Domain names - annual renewal** | |
| State the term remaining | |
| List the contract number of any government contract | **Domain Name Host** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **GitHub License Agreement:** <br> **-Hosting software source code: $20/month** <br> **-Cancellation with 30 days notice** <br> **-Paid gratuity by users, $5/month** <br> **-To be cancelled** | |
| State the term remaining | |
| List the contract number of any government contract | **GitHub** <br> **88 Colin P Kelly Jr. Street** <br> **San Francisco, CA 94107** |

**Fill in this information to identify the case:**

Debtor name **Dragonfly Development Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known) **3-24-10488**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Beau Simensen** | **2410 Crest Line Drive Madison, WI 53704-2841** | **Washington Homeownership Resource Center** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.2 | **Beau Simensen** | **2410 Crest Line Drive Madison, WI 53704-2841** | **US Bank Cardmember Service** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.3 | **Beau Simensen** | **2410 Crest Line Drive Madison, WI 53704-2841** | **US Bank Cardmember Service** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.4 | **Beau Simensen** | **2410 Crest Line Drive Madison, WI 53704-2841** | **US Bank Cardmember Service** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.5 | **Beau Simensen** | **2410 Crest Line Drive Madison, WI 53704-2841** | **US Bank Cardmember Service** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

Debtor    **Dragonfly Development Inc**                              Case number *(if known)*  **3-24-10488**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name __**Dragonfly Development Inc**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WISCONSIN__

Case number (if known) __**3-24-10488**__

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$113,672.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$297,428.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Dragonfly Development Inc** | Case number *(if known)* **3-24-10488** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Washington Homeownership Resource Center v. Dragonfly Development, Inc. and Beau Simensen**<br>**24-CV-226** | **Civil breach of contract.** | **United States District Court Western District of Washington**<br>**700 Stewart Street, Suite 2310**<br>**Seattle, WA 98101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **Dragonfly Development Inc** | Case number *(if known)* **3-24-10488** |
|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Richman & Richman LLC 122 W Washington Ave Suite 850 Madison, WI 53703** | | **03/15/2023** | **$2,529.35** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Beau Simensen 2410 Crest Line Drive Madison, WI 53704-2841** | **Personal property assets: desk, desk lights, bookshelves, window fan, portable AC, ceiling light, computer monitors, laptop, mini server, printer, iPad, Android tablet, router, speakers, misc. electronics, misc. office supplies.** | **3/15/2024** | **$1,060.00** |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

| Debtor | **Dragonfly Development Inc** | Case number *(if known)* **3-24-10488** |
|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Dragonfly Development Inc** | Case number *(if known)* **3-24-10488** |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor   **Dragonfly Development Inc**                               Case number *(if known)* **3-24-10488**

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|
|  |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Beau Simensen | 2410 Crest Line Drive Madison, WI 53704 | President, 100% shareholder | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor  **Dragonfly Development Inc**                                  Case number *(if known)*  **3-24-10488**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See attached list.** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2024**

**/s/ Beau Simensen**                                        **Beau Simensen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor  _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# Distributions for Beau Transactions

## Dragonfly Development, Inc
## For the period March 15, 2023 to March 15, 2024

| DATE | SOURCE | DESCRIPTION | REFERENCE | DEBIT | CREDIT | RUNNING BALANCE | GROSS | TAX | RELATED ACCOUNT |
|------|--------|-------------|-----------|-------|--------|-----------------|-------|-----|-----------------|
| **Distributions for Beau** | | | | | | | | | |
| **Opening Balance** | | | | 95,238.59 | - | (95,238.59) | - | - | |
| Mar 17, 2023 | Spend Money | costco card | | 174.94 | - | (95,413.53) | (174.94) | - | 101 - US Bank Checking |
| Apr 3, 2023 | Spend Money | Beau Simensen | | 4,600.00 | - | (100,013.53) | (4,600.00) | - | 101 - US Bank Checking |
| Apr 4, 2023 | Spend Money | Beau Simensen | | 400.00 | - | (100,413.53) | (400.00) | - | 101 - US Bank Checking |
| Apr 18, 2023 | Spend Money | beau D Simensen - taxes and IRAs | | 34,000.00 | - | (134,413.53) | (34,000.00) | - | 101 - US Bank Checking |
| May 1, 2023 | Spend Money | Beau Simensen | | 4,600.00 | - | (139,013.53) | (4,600.00) | - | 101 - US Bank Checking |
| May 2, 2023 | Spend Money | deck my diabetes | | 17.50 | - | (139,031.03) | (17.50) | - | new usbank credit |
| May 31, 2023 | Spend Money | beau D Simensen - taxes and IRAs | | 400.00 | - | (139,431.03) | (400.00) | - | 101 - US Bank Checking |
| Jun 1, 2023 | Spend Money | Beau Simensen | | 4,600.00 | - | (144,031.03) | (4,600.00) | - | 101 - US Bank Checking |
| Jul 3, 2023 | Spend Money | beau D Simensen - taxes and IRAs | | 4,600.00 | - | (148,631.03) | (4,600.00) | - | 101 - US Bank Checking |
| Jul 26, 2023 | Spend Money | Beau Simensen | | 6,000.00 | - | (154,631.03) | (6,000.00) | - | 101 - US Bank Checking |
| Aug 23, 2023 | Spend Money | costco card | | 37.38 | - | (154,668.41) | (37.38) | - | 101 - US Bank Checking |
| Sep 1, 2023 | Spend Money | beau D Simensen | | 1,000.00 | - | (155,668.41) | (1,000.00) | - | 101 - US Bank Checking |
| Sep 1, 2023 | Spend Money | beau D Simensen | | 6,860.83 | - | (162,529.24) | (6,860.83) | - | 101 - US Bank Checking |
| **Total Distributions for Beau** | | | | 67,290.65 | - | (162,529.24) | (67,290.65) | - | |
| **Closing Balance** | | | | 162,529.24 | - | (162,529.24) | - | - | |
| **Total** | | | | 67,290.65 | - | 67,290.65 | (67,290.65) | - | |

# Salary for Beau Transactions

## Dragonfly Development, Inc
## For the period March 15, 2023 to March 15, 2024

| DATE | SOURCE | DESCRIPTION | REFERENCE | DEBIT | CREDIT | RUNNING BALANCE | GROSS | TAX | RELATED ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|
| **Salary for Beau** | | | | | | | | | |
| Apr 1, 2023 | Payable Invoice | Payroll - Salary for Beau | 202303240001@20230329 10:33 | 7,000.00 | - | 7,000.00 | 7,000.00 | - | 672 - Payroll Tax Expense, 251 - Payroll Suspense and 1 more |
| May 1, 2023 | Payable Invoice | Payroll - Salary for Beau | 202304240001@20230427 12:19 | 7,000.00 | - | 14,000.00 | 7,000.00 | - | 672 - Payroll Tax Expense, 251 - Payroll Suspense and 1 more |
| Jun 1, 2023 | Payable Invoice | Payroll - Salary for Beau | 202305240001@20230529 07:54 | 7,000.00 | - | 21,000.00 | 7,000.00 | - | 672 - Payroll Tax Expense, 251 - Payroll Suspense and 1 more |
| Jun 30, 2023 | Payable Invoice | Payroll - Salary for Beau | 202306230001@20230628 10:39 | 7,000.00 | - | 28,000.00 | 7,000.00 | - | 672 - Payroll Tax Expense, 251 - Payroll Suspense and 1 more |
| **Total Salary for Beau** | | | | **28,000.00** | **-** | **28,000.00** | **28,000.00** | **-** | |
| **Total** | | | | **28,000.00** | **-** | **28,000.00** | **28,000.00** | **-** | |

**Fill in this information to identify the case:**

Debtor name   **Dragonfly Development Inc**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)   **3-24-10488**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/19/2024

_____          **Beau Simensen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes